# A&O SHEARMAN

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

September 27, 2024

Allen Overy Shearman Sterling US LLP
1221 Avenue of the Americas
New York, NY 100202-6069

Tel           +1 212 610 6300
Direct line   +1.212.610-6397
kendall.pauley@aoshearman.com



**Re:** *Indus Apparel, USA Inc. v. Bangladesh Export Import Company Ltd.*, 23-cv-10426-KPF

Dear Judge Failla:

We write on behalf of Defendant-Counterclaim Plaintiff Bangladesh Export Import Company Ltd. ("Beximco") in response to Plaintiff-Counterclaim Defendant Indus Apparel, USA Inc.'s ("Indus") letter-motion for discovery requesting authorization to serve, and to compel Beximco to answer, Indus's Interrogatories Nos. 11–13, (Dkt. 40) to inform this Court that the Parties have reached a compromise for each Party to respond to certain interrogatories, resolving this dispute.

Dated: September 27, 2024
New York, New York

Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP

By: */s/ Kendall Pauley*
Kendall R. Pauley
Bradley S. Pensyl
Matthew L. Craner
Daniel Kahn
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
kendall.pauley@aoshearman.com
bradley.pensyl@aoshearman.com
matthew.craner@aoshearman.com
daniel.kahn@aoshearman.com

*Attorneys for Beximco*

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD.  It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323).  The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications.  A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.
Allen Overy Shearman Sterling US LLP is an affiliate of Allen Overy Shearman Sterling LLP. Allen Overy Shearman Sterling LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Austin, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dallas, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Houston, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Riyadh, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Toronto, Warsaw, Washington, D.C.

The Court is in receipt of Plaintiff's request for authorization to serve, and to compel Defendant to answer, certain interrogatories. (Dkt. #40). The Court is also in receipt of Defendant's above letter, informing the Court that the parties have resolved this dispute. (Dkt. #43). The Court thanks the parties for their efforts to resolve this matter without Court interference.

The Clerk of Court is directed to terminate the pending motion at docket entry 40.

Date:    September 30, 2024
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE